# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00313-CV

### In re Eureka Holdings Acquisitions, L.P.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We previously granted realtor's motion for temporary relief and stayed portions of the trial court's April 27, 2022, order relating to the expunction of a lis pendens. The temporary stay is lifted, and the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Justices Chief Justice Byrne, Justices Triana and Smith

Filed:  November 16, 2022